# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| **Kimberly Wroda,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 12-4077-CV-C-JTM |
| | ) |
| **Carolyn W. Colvin,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Application for Attorney's Fees Under The Equal Access To Justice Act*, filed September 19, 2013 [Doc. 19]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application for Attorney's Fees Under The Equal Access To Justice Act*, filed September 19, 2013 [Doc. 19] is **GRANTED**. Accordingly, plaintiff is awarded fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, in the amount of $5,328.75

                                            */s/ John T. Maughmer*
                                                 **John T. Maughmer
                                           United States Magistrate Judge**